UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRACE BOADI, Plaintiff | ) | |
| v. | ) | Civil Case No. 14-cv-30162-KAR |
| CENTER FOR HUMAN DEVELOPMENT, INC. AND CANDY PENNINGTON Defendants | ) | |

**JURY VERDICT FORM**

**CHD**

1. Do you find by a preponderance of the evidence that Plaintiff had a "serious health condition" that required her to be absent from work from April 15, 2013 through May 25, 2013?

(Please check "yes" or "no").

___✓___ YES

_______ NO

If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," proceed no further.

2. Do you find by a preponderance of the evidence that Plaintiff or her spokesperson provided adequate notice to CHD of her need for FMLA leave "as soon as practicable" under the facts and circumstances of the case?

(Please check "yes" or "no").

___✓___ YES

_______ NO

If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," proceed no further.

3. Do you find by a preponderance of the evidence that Defendant CHD interfered with Plaintiff's rights under the FMLA?

(Please check "yes" or "no").

___✓___ YES

_______ NO

**GO TO THE NEXT QUESTION**

## CANDACE PENNINGTON

1. Do you find by a preponderance of the evidence that Defendant Candace Pennington had personal responsibility for making decisions that contributed to the alleged violation of the FMLA; **and** that Ms. Pennington had other indicia of control over Plaintiff's employment?

(Please check "yes" or "no").

__✓__ YES

______ NO

If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," proceed no further.

2. Do you find by a preponderance of the evidence that Plaintiff had a "serious health condition" that required her to be absent from work from April 15, 2013 through May 25, 2013?

(Please check "yes" or "no").

__✓__ YES

______ NO

If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," proceed no further.

3. Do you find by a preponderance of the evidence that Plaintiff or her spokesperson provided adequate notice to Ms. Pennington of her need for FMLA leave "as soon as practicable" under the facts and circumstances of the case?

(Please check "yes" or "no").

__✓__ YES

______ NO

If your answer to Question 3 is "Yes," proceed to Question 4. If your answer to Question 3 is "No," proceed no further.

4. Do you find by a preponderance of the evidence that Defendant Candace Pennington interfered with Plaintiff's rights under the FMLA?

(Please check "yes" or "no").

✓ YES

___ NO

If you answered "Yes" to Question 3 as to CHD and/or "Yes" to Question 4 as to Candace Pennington, proceed to Question 5.

## DAMAGES

State the amount of damages that Plaintiff sustained as a result of CHD's and/or Candace Pennington's interference with Plaintiff's rights under the FMLA:

| | | |
|---|---|---|
| a. | Lost wages from April 21, 2013 through date of verdict | $112,592.34 |
| b. | Lost benefits from April 21, 2013 through date of verdict | $29,448.90 |
| | Total | $142,041.24 |

Date: 6/23/17

Foreperson of the Jury

Boadi v chd verdict slip

6-23-17
2:21 PM
CSO Gomally